UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:

MICHAEL KELLY &
DEBRA J. DOORENBOS,                    Bankruptcy Case No. 09-35032-DSO
                                       Chapter 7
        Debtor(s)              Hon. Daniel S. Opperman
_____/


NOTICE OF UNCLAIMED DIVIDENDS


TO THE CLERK OF THE COURT:

      The attached check in the amount of $9.82 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a) .The name(s)of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
| --- | --- | --- |
| The Commercial Savings Bank | 4 | $2.87 |
| Recovery Mgt Systems | 5 | $3.97 |
| Recovery Mgt Systems | 6 | $2.98 |


Dated: March 8, 2011          __/s/ Samuel D. Sweet_
                              Samuel D. Sweet, Chapter 7 Trustee
                              P.O. Box    757
                              Ortonville, MI 48462-0757
                              248-236-0985
                              ssweet@trusteesweet.us